Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL V

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br>v.<br><br>RAYMOND RICHARD TORRES ECHEVARRÍA<br><br>Peticionario | TA2025CE00740 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>Sobre: Art. 5.07 C Ley 22<br><br>Caso Núm. ISCR202400724 |
|---|---|---|

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Cruz Hiraldo y el Juez Sánchez Báez

Domínguez Irizarry, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de noviembre de 2025.

Examinada y atendida la *Moción Urgente en Auxilio de Jurisdicción para la Paralización de los Procedimientos* presentada por el peticionario, *No Ha Lugar.*

Por otro lado, conforme a la discreción que ostentamos para expedir el recurso de *certiorari*, declinamos ejercer la misma, por lo que denegamos la expedición del recurso presentado. Nuestra determinación se fundamenta en la ausencia de elementos que justifiquen nuestra intervención, conforme a los criterios establecidos en la Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, págs. 62-63, 215 DPR __ (2025).

**Notifíquese inmediatamente a las partes y a la Jueza Geysa D. Villarubia Rivera.**

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones